# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**RUBEN MATTHEW SETZER**  **PLAINTIFF**

**V.**  **CASE NO. 3:16-CV-3035**

**JAIL ADMINISTRATOR RUSSELL**
**STOCKDALE; JAILER CLINT SIMMONS;**
**and SALVATOR D'AMICO**  **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 39) filed in this case on April 13, 2017, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 30) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 11th day of May, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE