IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RUBEN MATTHEW SETZER                                          PLAINTIFF

V.                          CASE NO. 3:16-CV-3035

JAIL ADMINISTRATOR RUSSELL
STOCKDALE; JAILER CLINT SIMMONS;
and SALVATOR D'AMICO                                         DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 11th day of May, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE